## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**PEOPLE FOR PEARCE and**
**U.S. REPRESENTATIVE STEVE E. PEARCE,**

     **Plaintiffs,**

**v.**                                         **2:17-cv-00752-KRS-SMV**

**MAGGIE TOULOUSE OLIVER, et al.,**

     **Defendants.**

_____

## <u>ENTRY OF APPEARANCE</u>

     **COMES NOW** the Office of the New Mexico Attorney General (Assistant Attorneys General Sean Cunniff and Nicholas M. Sydow) and hereby enters its appearance on behalf of Defendant Maggie Toulouse Oliver in the above-captioned matter.

     Respectfully Submitted,

     **HECTOR H. BALDERAS**
     **NEW MEXICO ATTORNEY GENERAL**

     By: */s/ Sean Cunniff*
     Sean Cunniff
     Assistant Attorney General
     Post Office Drawer 1508
     Santa Fe, NM 87504-1508
     Tel: (505) 490-4829
     Fax: (505) 490-4881
     scunniff@nmag.gov

     Nicholas M. Sydow
     Assistant Attorney General
     201 3rd Street NW, Suite 300
     Albuquerque, NM  87102
     Tel.: (505) 717-3571

Fax: (505) 490-4881
nsydow@nmag.gov

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing *Entry of Appearance* on August 11, 2017 using the ECF

System, which will send notification to all counsel of record.

By: */s/ Sean Cunniff*
Sean Cunniff
Assistant Attorney General

2