## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**PEOPLE FOR PEARCE and**
**U.S. REPRESENTATIVE STEVE E. PEARCE,**

    **Plaintiffs,**

v.                                                                 2:17-cv-00752-KRS-SMV

**MAGGIE TOULOUSE OLIVER, et al.,**

    **Defendants.**

---

## JOINT NOTICE OF EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT

Notice is hereby given that counsel for Plaintiffs agrees to a one-week extension of time to August 18, 2017 for all Defendants to file a response to Plaintiffs' *Complaint for Injunctive and Declaratory Relief, And Attorneys' Fees*.

        Respectfully Submitted,

        By: */s/ Sean Cunniff*
        Sean Cunniff
        Assistant Attorney General
        Office of the New Mexico Attorney General
        Post Office Drawer 1508
        Santa Fe, NM 87504-1508
        Tel: (505) 490-4829
        Fax: (505) 490-4881
        scunniff@nmag.gov

        and

        Nicholas M. Sydow
        Assistant Attorney General
        Office of the New Mexico Attorney General
        201 3rd Street NW, Suite 300

Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov
*Attorneys for Maggie Toulouse Oliver*

Timothy J. Williams
Assistant Attorney General
Office of the New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
Tel.: (505) 490-4870
Fax: (505) 490-4881
ssullivan@nmag.gov
*Attorney for Dianna Luce*

Rebecca C. Branch
Assistant Attorney General
Office of the New Mexico Attorney General
201 3rd Street NW, Suite 300
Albuquerque, N.M. 87102
Tel.: (505) 490-4825
Fax: (505) 490-4881
rbranch@nmag.gov
*Attorney for Hector Balderas*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing *Notice of Extension of Time to File a Responsive Pleading to the Complaint* on August 11, 2017 using the ECF System, which will send notification to all counsel of record.

By: */s/ Sean Cunniff*
Sean Cunniff
Assistant Attorney General