**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PEOPLE FOR PEARCE and STEVE E. PEARCE,

    Plaintiffs,

v.                                    No. 17-cv-0752 JCH/SMV

MAGGIE T. OLIVER, HECTOR H. BALDERAS, Jr.,
and DIANNA LUCE,

    Defendants.

### ORDER SETTING EXPEDITED BRIEFING SCHEDULE
### AND MOTIONS HEARING

**IT IS HEREBY ORDERED** that briefing on Defendants' Motion for Enlargement of Time to Serve a Responsive Pleading to the Complaint [Doc. 13] be EXPEDITED. Defendants' reply, if any, in support of their motion is due no later than **September 8, 2017, at 12:00 p.m.**

**IT IS FURTHER ORDERED** that a telephonic hearing be set on Defendants' Motion for Enlargement of Time to Serve a Responsive Pleading to the Complaint [Doc. 13] for **Friday, September 8, 2017, at 2:00 p.m.** To connect to the proceedings, counsel shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**