IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PEOPLE FOR PEARCE and STEVE E. PEARCE,

    Plaintiffs,

v.                                                           No. 17-cv-0752 JCH/SMV

MAGGIE T. OLIVER, HECTOR H. BALDERAS, Jr.,
and DIANNA LUCE,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

THIS MATTER is before the Court on Defendants' Motion for Enlargement of Time to Serve a Responsive Pleading to the Complaint, filed on August 17, 2017. [Doc. 13]. Plaintiffs responded on August 31, 2017. [Doc. 17]. Defendants replied on September 8, 2017. [Doc. 19]. The Court heard argument from the parties at a hearing on the motion on September 8, 2017. The Court has considered the briefing, the relevant portions of the record, the parties' oral argument at the hearing, and the relevant law. Being otherwise fully advised in the premises and for the reasons stated on the record at the September 8, 2017 oral argument,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Enlargement of Time to Serve a Responsive Pleading to the Complaint [Doc. 13] is **GRANTED**. Defendants' responsive pleadings are due no later than **September 19, 2017, at 5:00 p.m.**

    **IT IS SO ORDERED**.

                                                                                 _____
                                                                                **STEPHAN M. VIDMAR**
                                                                                 **United States Magistrate Judge**