# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PEOPLE FOR PEARCE and STEVE E. PEARCE,
U.S. Representative for New Mexico's Second
Congressional District,

        Plaintiffs,

vs.

MAGGIE T. OLIVER, in her individual capacity
and her official capacity as Secretary of State of
the State of New Mexico; HECTOR H.
BALDERAS, JR., in his individual capacity and
his official capacity as Attorney General of the
State of New Mexico; and DIANNA LUCE, in her
official capacity as Fifth Judicial District Attorney
of New Mexico,

        Defendants.

Case No. 2:17-cv-00752-JCH-SMV

## NOTICE OF COMPLETION

Plaintiffs, by and through their counsel of record, Peifer, Hanson & Mullins, P.A., and pursuant to D.N.M. LR-Civ. 7.4(e), hereby give notice that Plaintiffs' Motion for Preliminary Injunction and Memorandum Brief in Support (Doc. No. 16) (filed August 31, 2017) ("the Motion for Preliminary Injunction") is ready for decision. The briefs and papers relating to the Motion for Preliminary Injunction include:

- Plaintiffs' Motion for Preliminary Injunction and Memorandum Brief in Support (Doc. No. 16) (filed August 31, 2017);

- Attorney General Hector Balderas's Limited Response to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 22) (filed September 14, 2017);

- Secretary of State Maggie Toulouse Oliver's Response to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 23) (filed September 14, 2017);

- Defendant Dianna Luce's Limited Response to Plaintiffs' Motion for Preliminary Injunction (Doc. No. 24) (filed September 14, 2017); and

- Plaintiffs' Reply in Support of Their Motion for Preliminary Injunction (Doc. No. 30) (filed September 27, 2017).

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.

By: /s/ Matthew R. Hoyt
          Matthew R. Hoyt
          Carter B. Harrison IV
P.O. Box 25245
Albuquerque, NM 87125
Tel:    (505) 247-4800
Fax:    (505) 243-6458
Email: mhoyt@peiferlaw.com
          charrison@peiferlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27 day of September, 2017, I filed the foregoing

electronically through the CM/ECF system, which caused the following parties or counsel to be

served by electronic means, as more fully reflected on the Notice of Electronic File:

Sean Cunniff
Office of the Attorney General
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Tel: (505) 490-4829
Fax: (505) 490-4881
scunniff@nmag.gov

Timothy J. Williams
Office of the Attorney General
Assistant Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
Tel: (505) 490-4870
Fax: (505) 490-4881
twilliams@nmag.gov

*Attorney for Defendant Luce*

Nicholas M. Sydow
Office of the Attorney General
Assistant Attorney General
201 3rd Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

*Attorneys for Defendant Oliver*

Rebecca C. Branch
Office of the Attorney General
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel: (505) 490-4825
Fax: (505) 490-4881
rbranch@nmag.gov

*Attorney for Defendant Balderas*

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Matthew R. Hoyt*
      Matthew R. Hoyt