# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PEOPLE FOR PEARCE and
STEVE E. PEARCE,

     Plaintiffs,

   vs.          CV 17-752 JH/SMV

MAGGIE T. OLIVER,
HECTOR H. BALDERAS, JR. and
DIANNA LUCE ,

    Defendants.

## **NOTICE OF HEARING**

   **PLEASE TAKE NOTICE** that this matter is hereby **SET** for a **HEARING** on

*Plaintiff's Motion for Preliminary Injunction and Memorandum Brief in Support* [**Doc. 16**];

and Defendant *Attorney General Hector H. Balderas' Motion to Dismiss Complaint for Failure*

*to State a Claim, Lack of Standing, and Immunity* [**Doc. 26**] on **MONDAY, OCTOBER 16,**

**2017 AT 9:00 A.M.,** before The Honorable Judith C. Herrera, United States District Judge, at the

United States Courthouse, 333 Lomas Boulevard N.W., *Mimbres* Courtroom, Fourth Floor,

Albuquerque, New Mexico.

   **Expedited Reply to Hector Balderas' Motion to Dismiss is due on or before NOON,**

**Wednesday, October 11, 2017.**

   **If the parties intend to present evidence, the parties must file their exhibit or witness**

**lists to the Court on or before NOON, Friday, October 13, 2017.**

              _____

              MATTHEW J. DYKMAN, Clerk