# UNITED STATES DISTRICT COURT
### District of New Mexico

***STYLE OF CASE:*** Pearce, et al. v. Balderas, Jr., et al.     Case No. CV 17-752 JH/SMV

**EXHIBIT AND WITNESS LIST**

| Presiding Judge: Judith C. Herrera | | Plaintiff's Counsel: Carter Harrison & Matthew Hoyt | Defendant's Counsel: Rebecca Branch, Timothy Williams, Sean Cunniff, Nicholas Sydow |
|---|---|---|---|
| Hearing/Trial Dates:   10/16/2017 | | Court Reporter:  P.Baca | Law Clerk/Courtroom Deputy:   Virginia Loman |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| x | | | | | Andrea Todd-Goff |
| A | | 10/16/17 | x | x | Declaration of Andrea Todd-Goff |
| B | | 10/16/17 | x | x | 2017 Pearce for New Mexico Campaign Finance Report filed on 10/9/17 with Secretary of State. |
| C | | 10/16/17 | x | x | CD of Excel spreadsheet of Schedule of PFP FECA contributions |
| D | | 10/16/17 | x | x | Photograph of PFP contribution receipts and records of deposit files for years 2009-10 |
| E | | 10/16/17 | x | x | Photograph of PFP contribution receipts and records of deposit files for years 2011-12 |
| G | | 10/16/17 | X | x | Deposit Tickets from Feb-March 2010 for PFP |
| F | | 10/16/17 | X | x | Deposit Tickets from boxes in photographs. |
| H | | 10/16/17 | X | x | Candidate Information for Campaign Reporting filed with Secretary of State from Steve Pearce dated July 6, 2017 |
| I | | 10/16/17 | X | x | 2013 Campaign Reporting Act Report of Tim Keller filed with Secretary of State dated 9/27/13 |
| J | | 10/16/17 | X | x | 2017 CRA filing from George Munoz on 10/9/17 |
| | X | 10/16/17 | | | State Senator Dede Feldman |
| | 11 | 10/16/17 | X | X | New York Times article entitled "Inquiry Highlights New Mexico's Few Ethics Laws" |
| | 12 | 10/16/17 | X | X | Wall Street Journal Article entitled "New Mexico's Political Wild West" |
| | 13 | 10/16/17 | X | X | Albuquerque Journal article entitled "Gov. Signs Bill to Cap Donations: Rule to limit campaign contributions goes into effect after 2010 election" |

| K |    | 10/16/17 | x | x | CRA Report of Michelle Lujan Grisham dated 10/9/17 |
|   |    | 10/16/17 |   |   | Andrea Todd-Goff resumes cross examination |
|   | 1  | 10/16/17 | x | x | FEC Form 3 for PFP covering period 7/1/10 through 9/30/10 |
|   | 2  | 10/16/17 | X | x | FEC Form 3 for PFP covering 5/7/12 through 6/30/12 |
|   | 3  | 10/16/17 | X | x | FEC Form 3 for PFP covering 7/1/2012 through 9/30/12 |
|   | 4  | 10/16/17 | X | x | FEC Form 3 for PFP covering 10/18/12 through 11/26/12 |
|   | 5  | 10/16/17 | X | x | FEC Form 3 for PFP covering 7/1/14 through 9/30/14 |
|   | 6  | 10/16/17 | X | x | FEC Form 3 for PFP covering 7/1/16 through 9/30/16 |
|   | 7  | 10/16/17 | X | x | FEC Form 3 for PFP covering 4/1/16 through 5/18/16 |
|   | 10 | 10/16/17 | X | x | Pearce New Mexico Press Release dated 10/5/17 |
| x |    | 10/16/17 |   |   | Paul Smith |
|   | X  | 10/16/17 |   |   | Mandy Vigil |
|   |    |          |   |   |            |