IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PEOPLE FOR PEARCE** and
**U.S. REPRESENTATIVE STEVE E. PEARCE,**

      **Plaintiffs,**

v.                                             2:17-cv-00752-JCH-SMV

**MAGGIE TOULOUSE OLIVER, et al.,**

      **Defendants.**

_____

## NOTICE OF COMPLETION OF BRIEFING

Defendant Maggie Toulouse Oliver, by undersigned counsel, hereby gives notice that the briefing is complete on Secretary of State Maggie Toulouse Oliver's Motion to Dismiss Claims Against the Secretary of State in Her Individual Capacity and Claims for Injunctive Relife (Doc. 36) (filed October 5, 2017).  Briefing of the Motion consists of the following documents:

- Secretary of State Maggie Toulouse Oliver's Motion to Dismiss Claims Against The Secretary of State In Her Individual Capacity and Claims for Injunctive Relief (Doc. No. 36, filed October 5, 2017),

- Plaintiffs' Response in Opposition to Secretary of State Oliver's Motion to Dismiss Claims Against Her in Her Individual Capacity and Claims for Injunctive Relief (Doc. No. 48, filed October 19, 2017),

- Reply in Support of the Motion to Dismiss Claims Against the Secretary of State In Her Individual Capacity and Claims for Injunctive Relief (Doc. 49, filed November 2, 2017);

WHEREFORE, briefing on Defendant Maggie Toulouse Oliver's Motion to Dismiss is complete and ready for decision by the Court.

Respectfully submitted,

By: */s/ Nicholas M. Sydow*
Nicholas M. Sydow
Assistant Attorney General
201 3rd Street NW, Suite 300
Albuquerque, NM 87102
Tel:  (505) 717-3571
Fax:  (505) 490-4881
nsydow@nmag.gov

and

Sean Cunniff
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Tel:  (505) 490-4829
Fax:  (505) 490-4881
scunniff@nmag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2017 I filed the foregoing *Notice of Completion of Briefing* electronically through the CM/ECF system, which will cause all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Nicholas M. Sydow*_____
Nicholas M. Sydow