IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PEOPLE FOR PEARCE and STEVE E. PEARCE, U.S. Representative for New Mexico's Second Congressional District,<br><br>       Plaintiffs,<br><br>vs.<br><br>MAGGIE T. OLIVER, in her official capacity as Secretary of State of the State of New Mexico; HECTOR H. BALDERAS, JR., in his official capacity as Attorney General of the State of New Mexico; and DIANNA LUCE, in her official capacity as Fifth Judicial District Attorney of New Mexico,<br><br>       Defendants. | Case No. 2:17-cv-00752-JCH-SMV |

**JOINT REPORT PURSUANT TO THE COURT'S ORDER**

Pursuant to the Court's Memorandum Opinion and Order (Doc. No. 51) (Nov. 28, 2017) ("Order"), a meeting of counsel of the Plaintiffs and counsel for Defendant Maggie T. Oliver was held on December 11, 2017, via telephone.  Pursuant to that meeting, and further communications between the parties, the parties hereby jointly report to the Court that they have begun settlement discussions to include a joint stipulated final judgment in this case that reflects the decision of the Court set forth in the Order.  Accordingly, the parties do not at this time propose an expedited briefing schedule or discovery plan, and respectfully request that the Court refrain from entering any scheduling order(s) at the present time so that the parties may fully explore the possibility of a resolution of this case.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.


By: */s/ Matthew R. Hoyt*
      Matthew R. Hoyt
      Carter B. Harrison IV
P.O. Box 25245
Albuquerque, NM 87125
Tel:    (505) 247-4800
Fax:    (505) 243-6458
Email: mhoyt@peiferlaw.com
          charrison@peiferlaw.com

*Attorneys for Plaintiffs*

-and-

OFFICE OF THE ATTORNEY GENERAL

By: *Electronic Approval on 12/11/17*
        Sean Cunniff
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Tel: (505) 490-4829
Fax: (505) 490-4881
scunniff@nmag.gov

Nicholas M. Sydow
Assistant Attorney General
111 Lomas Blvd NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

*Attorneys for Defendant Oliver*

-and-

2

OFFICE OF THE ATTORNEY GENERAL

By: *Electronic Approval on 12/11/17*
         Rebecca C. Branch
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel: (505) 490-4825
Fax: (505) 490-4881
rbranch@nmag.gov

*Attorney for Defendant Balderas*

-and-

OFFICE OF THE ATTORNEY GENERAL

By: *Electronic Approval on 12/11/17*
         Timothy J. Williams
Assistant Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
Tel: (505) 490-4870
Fax: (505) 490-4881
twilliams@nmag.gov

*Attorney for Defendant Luce*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic File:

Sean Cunniff
Office of the Attorney General
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Tel: (505) 490-4829
Fax: (505) 490-4881
scunniff@nmag.gov

Nicholas M. Sydow
Office of the Attorney General
Assistant Attorney General
201 3rd Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

*Attorneys for Defendant Oliver*

Rebecca C. Branch
Office of the Attorney General
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel: (505) 490-4825
Fax: (505) 490-4881
rbranch@nmag.gov

*Attorney for Defendant Balderas*

Timothy J. Williams
Office of the Attorney General
Assistant Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
Tel: (505) 490-4870
Fax: (505) 490-4881
twilliams@nmag.gov

*Attorney for Defendant Luce*

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Matthew R. Hoyt*
       Matthew R. Hoyt