# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PEOPLE FOR PEARCE and STEVE E. PEARCE,
U.S. Representative for New Mexico's Second
Congressional District,

        Plaintiffs,

vs.

        Case No. 2:17-cv-00752-JCH-SMV

MAGGIE T. OLIVER, in her official capacity
as Secretary of State of the State of New Mexico;
HECTOR H. BALDERAS, JR., in his official
capacity as Attorney General of the State of New
Mexico; and DIANNA LUCE, in her official
capacity as Fifth Judicial District Attorney of
New Mexico,

        Defendants.

## <u>NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD</u>

COME NOW Plaintiffs, PEOPLE FOR PEARCE and STEVE E. PEARCE, ("PFP"), by

and through their counsel of record, PEIFER, HANSON AND MULLINS, P.A., and hereby file

this Notice of Withdrawal of Counsel of Record for Matthew R. Hoyt, and in support thereof,

states as follows:

As of January 1, 2018, Matthew R. Hoyt is no longer a member of PEIFER, HANSON

AND MULLINS, P.A.  PEIFER, HANSON AND MULLINS, P.A.  (Charles R. Peifer and

Carter B. Harrison IV) will continue to represent Plaintiffs PFP.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.


By: */s/ Charles R. Peifer*
      Charles R. Peifer
      Carter B. Harrison IV
P.O. Box 25245
Albuquerque, NM 87125
Tel:    (505) 247-4800
Fax:    (505) 243-6458
Email: cpeifer@peiferlaw.com
      charrison@peiferlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of December, 2017, I filed the foregoing

electronically through the CM/ECF system, which caused the following parties or counsel to be

served by electronic means, as more fully reflected on the Notice of Electronic File:

Sean Cunniff
Office of the Attorney General
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Tel: (505) 490-4829
Fax: (505) 490-4881
scunniff@nmag.gov

Nicholas M. Sydow
Office of the Attorney General
Assistant Attorney General
201 3rd Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

*Attorneys for Defendant Oliver*

Rebecca C. Branch
Office of the Attorney General
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel: (505) 490-4825
Fax: (505) 490-4881
rbranch@nmag.gov

*Attorney for Defendant Balderas*

Timothy J. Williams
Office of the Attorney General
Assistant Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
Tel: (505) 490-4870
Fax: (505) 490-4881
twilliams@nmag.gov

*Attorney for Defendant Luce*

PEIFER, HANSON & MULLINS, P.A.


By: */s/ Charles R. Peifer*
         Charles R. Peifer

3