IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PEOPLE FOR PEARCE and STEVE E. PEARCE, U.S. Representative for New Mexico's Second Congressional District,<br><br>   Plaintiffs,<br><br>vs.<br><br>MAGGIE T. OLIVER, in her individual capacity and her official capacity as Secretary of State of the State of New Mexico; HECTOR H. BALDERAS, JR., in his individual capacity and his official capacity as Attorney General of the State of New Mexico; and DIANNA LUCE, in her official capacity as Fifth Judicial District Attorney of New Mexico,<br><br>   Defendants. | Case No. 2:17-cv-00752-JCH-SMV |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR<br>PLAINTIFFS PEOPLE FOR PEARCE AND STEVE E. PEARCE**

  Charles R. Peiver, Peifer, Hanson & Mullins, P.A., hereby enters his appearance as co-counsel on behalf of Plaintiffs People for Pearce and Steve E. Pearce

          Respectfully submitted,

          PEIFER, HANSON & MULLINS, P.A.

          By: */s/ Charles R. Peifer*
             Charles R. Peifer
             Carter B. Harrison IV
          Post Office Box 25245
          Albuquerque, NM 87125
          Tel: 505-247-4800
          Fax: 505-243-6458
          Email: cpeifer@peiferlaw.com
             charrison@peiferlaw.com
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 2nd day of January 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic File:

Sean Cunniff
Office of the Attorney General
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Tel: (505) 490-4829
Fax: (505) 490-4881
scunniff@nmag.gov

Nicholas M. Sydow
Office of the Attorney General
Assistant Attorney General
201 3rd Street NW, Suite 300
Albuquerque, NM 87102
Tel.: (505) 717-3571
Fax: (505) 490-4881
nsydow@nmag.gov

*Attorneys for Defendant Oliver*

Rebecca C. Branch
Office of the Attorney General
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel: (505) 490-4825
Fax: (505) 490-4881
rbranch@nmag.gov

*Attorney for Defendant Balderas*

Timothy J. Williams
Office of the Attorney General
Assistant Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504
Tel: (505) 490-4870
Fax: (505) 490-4881
twilliams@nmag.gov

*Attorney for Defendant Luce*

PEIFER, HANSON & MULLINS, P.A.

By:  */s/ Charles R. Peifer*
      Charles R. Peifer