# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PEOPLE FOR PEARCE and STEVE E. PEARCE, U.S. Representative for New Mexico's Second Congressional District,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MAGGIE T. OLIVER, in her individual capacity and her official capacity as Secretary of State of the State of New Mexico; HECTOR H. BALDERAS, JR., in his individual capacity and his official capacity as Attorney General of the State of New Mexico; and DIANNA LUCE, in her official capacity as Fifth Judicial District Attorney of New Mexico,<br><br>                    Defendants. | Case No. 2:17-cv-00752-JCH-SMV |

## NOTICE OF RESOLUTION OF ATTORNEYS' FEES AND COSTS

The Plaintiffs hereby give notice to the Court that the parties have reached a settlement as to the amount of attorneys' fees and costs owed to the Plaintiffs under 42 U.S.C. § 1988 and Rule 54 in this case, and that the Court will not be called upon to resolve an opposed fee petition.  *See* Fed. R. Civ. P. 54(d).  All that possibly remains in this case is the submission of a joint motion and proposed order by the parties, and the entry of that order by the Court, such that the Court retains jurisdiction to enforce the settlement of fees and costs.

Respectfully submitted,

PEIFER, HANSON & MULLINS, P.A.


By:   */s/ Carter B. Harrison IV*
        Charles R. Peifer
        Carter B. Harrison IV
Post Office Box 25245
Albuquerque, NM  87125-5245
Tel:     505-247-4800
Fax:    505-243-6458
Email:  cpeifer@peiferlaw.com
            charrison@peiferlaw.com

*Attorneys for the Plaintiffs*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of April 2018, I filed the foregoing

electronically through the CM/ECF system, which caused the following parties or counsel to be

served by electronic means, as more fully reflected on the Notice of Electronic File:

Sean Cunniff
Office of the Attorney General
Assistant Attorney General
Post Office Drawer 1508
Santa Fe, NM 87504-1508
Tel:    505-490-4829
Fax:    505-490-4881
Email: scunniff@nmag.gov

Rebecca C. Branch
Office of the Attorney General
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel:    505-490-4825
Fax:    505-490-4881
Email: rbranch@nmag.gov

Nicholas M. Sydow
Office of the Attorney General
Assistant Attorney General
201 3rd Street NW, Suite 300
Albuquerque, NM 87102
Tel.:    505-717-3571
Fax:    505-490-4881
Email: nsydow@nmag.gov

*Attorney for Defendant Balderas*

*Attorneys for Defendant Oliver*

PEIFER, HANSON & MULLINS, P.A.

By: */s/ Carter B. Harrison IV*
        Carter B. Harrison IV